**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01026-CV

### IN RE ESTATE OF GARY WAYNE LUNA

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02365-1**

## ORDER

Appellee's motion for damages for filing a frivolous appeal filed April 25, 2018 is **DENIED**.

/s/ MOLLY FRANCIS
   JUSTICE